UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS

RENEE ANDERSON,

          Plaintiff,

v.                            Case No. 18-2052-JAR

DARDEN RESTAURANTS, Inc.,

          Defendant.

## **SECOND AMENDED SCHEDULING ORDER**

Defendant has filed an unopposed motion (ECF No. 21) to amend the scheduling order entered in this case (ECF Nos. 14, 18). For good cause shown, the motion is granted. The scheduling order is amended as follows:

a) Plaintiff's settlement proposal is due by **March 4, 2019**. Defendant's settlement counter-proposal is due by **April 5, 2019**.

b) The parties' jointly filed mediation notice, or confidential settlement reports to the magistrate judge, are due by **May 6, 2019**. Mediation shall be held no later than **June 3, 2019.**

c) All discovery shall be commenced or served in time to be completed by **June 28, 2019.**

d) Disclosures required by Fed. R. Civ. P. 26(a)(2), including reports from retained experts, are due from plaintiff by **March 4, 2019**, and from defendant by **April 15, 2019.** Disclosures and reports by any rebuttal experts are due by **May 31, 2019.**

e) The parties shall complete all Fed. R. Civ. P. 35 physical or mental examinations by **March 4, 2019.**

f) The final pretrial conference is rescheduled from April 9, 2019 to **July 19, 2019**, **at 10:00 a.m.**, by telephone. All participants must call the conference line at 1-888-363-4749 and enter access code 8914911. Unless otherwise notified, the undersigned magistrate judge will conduct the conference. No later than **July 9, 2019**, defendant shall submit the parties' proposed pretrial order as an attachment to an e-mail directed to *ksd_ohara_chambers@ksd.uscourts.gov*. It shall be in the form available on the court's website (*www.ksd.uscourts.gov*), and the parties shall affix their signatures according to the procedures governing multiple signatures set forth in paragraphs II(C)(2)(a) & (b) of the *Administrative Procedures for Filing, Signing, and Verifying Pleadings and Papers by Electronic Means in Civil Cases*.

g) The deadline for filing all other potentially dispositive motions is **August 2, 2019.**

h) The deadline for motions challenging admissibility of expert testimony is **March 1, 2020**.

i) With the consent of the presiding district judge, the case is re-set for trial on a trial calendar that will begin on **April 14, 2020.** The trial setting may be changed only by order of the judge presiding over the trial.

All other provisions of the original scheduling order shall remain in effect. The schedule adopted in this second amended scheduling order shall not be modified except by leave of court upon a showing of good cause.

IT IS SO ORDERED.

Dated November 19, 2018, at Kansas City, Kansas.

    s/ James P. O'Hara
James P. O'Hara
U.S. Magistrate Judge